U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB - 3 2017

CLERK, U.S. DISTRICT COURT

By_____
             Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:17-MJ-120

SHERI DAWN MORRAH (01)

## CRIMINAL COMPLAINT

I, Kevin K. Brown, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Possession with Intent to Distribute a Controlled Substance

On or about February 2, 2017, in the Fort Worth Division of the Northern District of Texas, defendant Sheri Dawn Morrah did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

I am a Task Force Officer with the Drug Enforcement Administration (DEA) and this Complaint is based on the following facts:

1.     On February 2, 2017, Investigators with the Fort Worth office of the DEA received information that Sheri Dawn Morrah was in Fort Worth, Texas, to pick up methamphetamine from her source of supply. Investigators were provided with her general location and a description of the vehicle she was occupying.

2.     On this same date, Investigators were able to locate the vehicle, a silver Cadillac CTS, and observed Morrah in the vehicle. Investigators established surveillance on Morrah. Morrah eventually drove to a residence in south Fort Worth. Investigators maintained surveillance on the vehicle. Morrah departed the residence and drove toward Weatherford, Texas.

3.     At approximately 6:45 p.m., a Parker County Sheriff's Department K-9 unit stopped the silver Cadillac in Weatherford. The occupants of the Cadillac consented to a search of the vehicle. The K-9 was deployed on the vehicle, and alerted to the presence of narcotics in the vehicle.

4.      Morrah admitted to Investigators that she was concealing approximately two ounces of methamphetamine within her body. Morrah further admitted that she traveled to her source's residence in Fort Worth, and obtained approximately four ounces of methamphetamine.

5.      Morrah retrieved the methamphetamine and turned it over to investigators.  The methamphetamine had a gross weight of approximately 80 grams, a distributable amount.

Although I have not listed all the facts regarding this offense, I believe that the facts stated above establish probable cause that the above-named defendant has violated 21 U.S.C. § 841(a)(1) and (b)(1)(C).

_____
Kevin K. Brown, Affiant
DEA - Task Force Officer


Sworn to before me, and subscribed in my presence on February 3, 2017 at ___2:10___ p.m., in Fort Worth, Texas.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint - Page 2